UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-tp-14005-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

RITA MARIA RIOS,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S *PRO SE* MOTION TO TRANSPORT AND RESOLVE OPEN CASE [DE 13]

**THIS CAUSE** came before the Court upon the Defendant's pro se Motion to Transport and Resolve Open Case [DE 13]. The Court having reviewed the issues at hand and being otherwise fully advised in the premises

**THE MATTER** was referred to Magistrate Judge Shaniek M. Maynard on December 8, 2021 and a Report and Recommendation was filed, [DE: 17], recommending that the Defendant's *pro se* Motion to Transport and Resolve Open Case [DE 13], be **DENIED**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 17] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant's pro se Motion to Transport and Resolve Open Case are DENIED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18 day of January, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office