UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14005-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RITA MARIA RIOS,

    Defendant.
_____/

REPORT AND RECOMMENDATION ON
DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1, 3, 5, 6, 7 AND 8

    **THIS CAUSE** came before me on December 16, 2022. Having conducted a hearing, I recommend as follows:

    1.    A Petition for Warrant for Offender Under Supervision (the "Petition") was filed in this case on April 24, 2018. DE 3.

    2.    Defendant appeared before me for a hearing on December 16, 2022. At the hearing, the Defendant admitted to Violation Numbers 1, 3, 5, 6, 7, and 8. The Government agreed to dismiss the remaining violations at time of sentencing.

    3.    The possible maximum penalties faced by the Defendant were read into the record by the Government. The Defendant stated that she understood those penalties.

    4.    I questioned the Defendant on the record and made certain that she understood her right to an evidentiary hearing. The Defendant acknowledged that she understood her rights in that regard and further understood that if her admissions to Violation Numbers 1, 3, 5, 6, 7, and 8 are accepted, all that will remain regarding those violations will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

5.      The Government proffered a factual basis for the Defendant's admissions to Violation Numbers 1, 3, 5, 6, 7, and 8.  The Defendant agreed that the facts proffered by the Government are true and the Government could prove those facts if a hearing were held in this matter. Having heard the factual proffer and testimony, I find that the proffered facts establish a sufficient factual basis to support the Defendant's admissions to Violation Numbers 1, 3, 5, 6, 7, and 8.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, I recommend to the District Court that the Defendant be found to have violated the terms and conditions of her supervised release as set forth in Violation Numbers 1, 3, 5, 6, 7, and 8, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case.  Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this <u>27th</u> day of December, 2022.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE