UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-14005-TP-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

vs.

RITA MARIA RIOS,

      Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S**
**REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO**
**VIOLATION NUMBERS 1, 3, 5, 6, 7 AND 8**

**THIS CAUSE** came before the Court upon Petition for Warrant or Summons for Offender Under Supervision (the "Petition") filed in this case on April 24, 2018 [ECF No: 3] before a Magistrate Judge.

**THE MATTER** was convened before Magistrate Judge Shaniek M. Maynard on December 16, 2022 and a Report and Recommendation was filed, [ECF No: 30], recommending that the Defendant be found to have violated his supervised release with respect to Violation Numbers 1, 3, 5, 6, 7 and 8 as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No: 30] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty to Violation Numbers 1, 3, 5, 6, 7 and 8 as set forth in the Petition, charging him with violation of supervised release, as proffered on the record during the hearing by the Government.

Sentencing in this matter will be set on **Tuesday, March 14, 2023 at 11:30 p.m.** at the United States Courthouse, Courtroom 4074, 101 South U.S. Highway One, Fort Pierce, Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of January 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office